UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Microsoft Licensing GP,

              Plaintiff,

          -against-

Yulong Computer Telecommunication
Scientific (Shenzhen) Co., Ltd.,

              Defendant.

No. 1:15-cv-05014-KBF

**SUPPLEMENTAL DECLARATION OF EXPERT NIKOLAUS BAER**

# I. Introduction

1. I have been retained by Orrick, Herrington, & Sutcliffe LLP in connection with the matter of *Microsoft Licensing GP v. Yulong Computer Telecommunications Scientific (Shenzhen) Co., Ltd.*, No. 1:15-cv-05014-KBF. I have been asked to review the Declaration of Dr. Striegel submitted on June 3rd, 2016, and my response is below. My experience and compensation can be found in my original Declaration submitted on May 6th, 2016.

2. I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would competently testify to them under oath.

# II. Exchange ActiveSync can be detected

3. In his Declaration, Dr. Striegel does not refute my conclusion, set forth in my initial Declaration, that Exchange ActiveSync can be readily detected on mobile devices running the Android mobile operating system ("Android").

4. Instead of addressing the detectability of Exchange ActiveSync on Android mobile devices, Dr. Stiegel focused on tangential subjects, such as decompilation, differences between versions of Exchange ActiveSync implementations in Android, and the feature sets involved in those versions, which I will address below.

# III. Decompilation

5. In my initial Declaration, I not only identified the Android application packages ("APK") file that includes the Exchange ActiveSync implementation on the Coolpad Quattro device, **CP_Email.apk**, but also extracted the file from the Coolpad Quattro and decompiled it. Nowhere in his Declaration does Dr. Striegel contest that the decompiled

source code corresponds with the implementations of Exchange ActiveSync provided by Google, Inc.

6.   Dr. Striegel does address decompilation in general. One can think about the compilation and decompilation of source code as the translation of a book from one language to another and then back to the original language. At the end of these translations, every single word may not be identical, but the story remains. Likewise, the cycle of compilation and decompilation may not produce the source code with every single word in the exact same position, but the functionality remains and the decompiled source code can still be correlated to the original source code.

## IV.   Versions

7.   My comparison with the Exchange ActiveSync implementation provided by Google, Inc. not only showed the correlations between the implementation of Exchange ActiveSync on the Coolpad Quattro and the implementations found in the open source versions of Android, but also demonstrated that this implementation is ongoing through multiple versions of Android, such as version 4.4. Nowhere in his Declaration does Dr. Striegel contest that Android 2.3.7 (the version of Android on the Coolpad Quattro that I analyzed) or Android 4.4 include implementations of Exchange ActiveSync.

8.   The correlation between the decompiled files and the Exchange ActiveSync implementation contained in Android version 4.4. also exists in Android version 2.3.7. For example, the source code file **EAS.java** found in the decompiled files from the Coolpad Quattro is also found in the open source reference version of Android version 2.3.7. In fact, every Java source code file in the **exchange** directory (*i.e.* the directory in which the code related to Exchange ActiveSync resides in the open source version of

Android version 2.3.7) matches a Java source code file in the decompiled code. This is shown in Appendix B, which is a side-by-side comparison of the Java source code files in the **exchange** directory from the open source reference version of Android version 2.3.7 on the right with the Java source code files in the **exchange** directory from the decompilation on the left. Every file from Google, Inc. on the right matches a file from the decompiled source code on the left.

9. Furthermore, the source code for Android has included implementations of Exchange ActiveSync since the release of version 2.0 in October 2009, as illustrated in Table 1.

| Version | Initial release date[1] | Location of Exchange ActiveSync implementation |
|---|---|---|
| 2.0 (Éclair) | October 2009 | https://android.googlesource.com/platform/packages/apps/Email/+/android-2.0_r1/src/com/android/exchange |
| 2.2 (Froyo) | May 2010 | https://android.googlesource.com/platform/packages/apps/Email/+/android-2.2_r1/src/com/android/exchange/ |
| 2.3 (Gingerbread) | December 2010 | https://android.googlesource.com/platform/packages/apps/Email/+/android-2.3_r1/src/com/android/exchange/ |
| 3.0 (Honeycomb) | Designed for tablets and Google, Inc. has removed online access to source code[2] | |
| 4.0.1 (Ice Cream Sandwich) | October 2011 | https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.0.1_r1/src/com/android/exchange |
| 4.1.1 (Jelly Bean) | July 2012 | https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.1.1_r1/exchange2/src/com/android/exchange |
| 4.4 (KitKat) | October 2013 | https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.4_r1/src/com/android/exchange/ |
| 5.0 (Lollipop) | October 2014 | https://android.googlesource.com/platform/packages/apps/Exchange/+/android-5.0.0_r1/src/com/android/exchange |
| 6.0 (Marshmallow) | October 2015 | https://android.googlesource.com/platform/packages/apps/Exchange/+/android-6.0.0_r1/src/com/android/exchange |

**Table 1. Android release dates and Exchange ActiveSync source code locations**

[1] "Android Platform." SocialCompare.com. Web June 8, 2016. <http://socialcompare.com/en/comparison/android-versions-comparison>

[2] "Google closes Android 3.0 Honeycomb source to prevent use on smartphones." Appleinsider.com. Web Jun 8, 2016.

# V. Feature Sets

10. The Declaration of Dr. Striegel also discusses some features of the Exchange ActiveSync protocol.

## *A. Code Pages*

11. Section VIII.B.2 of the Declaration by Dr. Striegel discusses code pages. Code pages simply map human readable XML tags with less verbose and therefore more efficient Wireless Application Protocol ("WAP") Binary XML ("WBXML") numeric tokens[3]. These code pages are listed in Table 2 of paragraph 49 of Dr. Striegel's Declaration. However, Figure 8 of paragraph 51 of Dr. Striegel's Declaration and the corresponding discussion skip hundreds of lines of code page implementation. For example, the source code in Figure 8 of paragraph 51 of Dr. Striegel's Declaration skips from line 17 to line 442. When the full file, attached as Appendix C, is examined, it is clear that these hundreds of lines implement many of the code pages listed in Table 2 of Dr. Striegel's Declaration, such as AirSync, Contacts, Email, Calendar, Task, and Ping.

## *B. Flags*

12. The discussion of flags in section VIII.B.4 of the Declaration by Dr. Striegel is incorrect. The flag feature is included. The source code from **EmailSyncAdapter.java**[4] is shown in Figure 1, with the lines immediately preceding and following the snippet shown in Figure

---

<http://appleinsider.com/articles/11/03/24/google_closes_android_3_0_honeycomb_source_to_prevent_use_on_smartphones>

[3] "[MS-ASWBXML]: Exchange ActiveSync: WAP Binary XML (WBXML) Algorithm." Microsoft Developer Network. Web June 7, 2016. <https://msdn.microsoft.com/en-us/library/ee178995(v=exchg.80).aspx#gt_e4c66ae5-4c5e-4481-9c78-190762a37db1>

[4] Blank, M (2008-2009) Android Exchange EmailSyncAdapter.java [Computer Program]. Google, Inc. Web June, 7, 2016. <https://android.googlesource.com/platform/packages/apps/Email/+/android-2.0_r1/src/com/android/exchange/adapter/EmailSyncAdapter.java>

11 and 12 of Dr. Striegel's Declaration [5]. The source code actually sets default values for the flag element **Flag.Status** as **EMAIL_FLAG_STATUS** at line 682, **Flag.FlagType** as **EMAIL_FLAG_TYPE** at line 682, **Flag.StartDate** as **TASK_START_DATE** and **Flag.UTCStartDate** as **TASK_UTC_START_DATE** at line 692, and **Flag.DueDate** **TASK_DUE_DATE** and **Flag.UTCDueDate** as **TASK_UTC_DUE_DATE** at line 696. The setting of these four flags shows that flags are included in the open source reference version of Android version 2.0. As such, the proceeding comment at lines 676 - 678

```
EAS 12.0 and higher require that a flag contain a status,
a type, and four date fields, two each for start date and
end (due) date.
```

means that whether or not this implementation makes full use of these flags, the source code was implemented to set the flags for interoperability with Exchange servers.

[5] Note that Figure 11 Striegel's Declaration references version 2.0, but the same lines of code also exist in version 2.3.7.

```
                    if (!flagChange && !readChange) {
                        // In this case, we've got nothing to send to the server
                        continue;
                    }

                    if (first) {
                        s.start(Tags.SYNC_COMMANDS);
                        first = false;
                    }
                    // Send the change to "read" and "favorite" (flagged)
                    s.start(Tags.SYNC_CHANGE)
                        .data(Tags.SYNC_SERVER_ID, c.getString(Message.LIST_SERVER_ID_COLUMN))
                        .start(Tags.SYNC_APPLICATION_DATA);
                    if (readChange) {
                        s.data(Tags.EMAIL_READ, Integer.toString(read));
                    }
                    // "Flag" is a relatively complex concept in EAS 12.0 and above.  It is not only
                    // the boolean "favorite" that we think of in Gmail, but it also represents a
                    // follow up action, which can include a subject, start and due dates, and even
                    // recurrences.  We don't support any of this as yet, but EAS 12.0 and higher
                    // require that a flag contain a status, a type, and four date fields, two each
                    // for start date and end (due) date.
                    if (flagChange) {
                        if (flag != 0) {
                            // Status 2 = set flag
                            s.start(Tags.EMAIL_FLAG).data(Tags.EMAIL_FLAG_STATUS, "2");
                            // "FollowUp" is the standard type
                            s.data(Tags.EMAIL_FLAG_TYPE, "FollowUp");
                            long now = System.currentTimeMillis();
                            Calendar calendar =
                                GregorianCalendar.getInstance(TimeZone.getTimeZone("GMT"));
                            calendar.setTimeInMillis(now);
                            // Flags are required to have a start date and end date (duplicated)
                            // First, we'll set the current date/time in GMT as the start time
                            String utc = formatDateTime(calendar);
                            s.data(Tags.TASK_START_DATE, utc).data(Tags.TASK_UTC_START_DATE, utc);
                            // And then we'll use one week from today for completion date
                            calendar.setTimeInMillis(now + 1*WEEKS);
                            utc = formatDateTime(calendar);
                            s.data(Tags.TASK_DUE_DATE, utc).data(Tags.TASK_UTC_DUE_DATE, utc);
                            s.end();
                        } else {
                            s.tag(Tags.EMAIL_FLAG);
                        }
```

**Figure 1. Lines 657 – 700 of EmailSyncAdapter.java from version 2.0**

13. I understand that additional materials may be produced. I therefore reserve the right to
supplement or amend my opinion, as expressed in this Declaration, following the
production of additional materials and further analysis of the current or additional
materials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2016 in Mountain View, CA.

Nikolaus Baer

## Appendix A: Materials Considered

1. Yulong Coolpad Quattro 4G 5860E purchased through the Amazon marketplace
2. Blank, M (2008-2009) Android Exchange [Computer Program]. Google, Inc. Web May, 5, 2016. https://android.googlesource.com/platform/packages/apps/Exchange/+/master/src/com/android/exchange
3. “Microsoft Exchange Information Services and Security Policies Supported by Android 2.2 and 2.3.” Google, Inc. Web May, 5, 2016. http://static.googleusercontent.com/media/www.google.com/en//help/hc/pdfs/mobile/ExchangeAndAndroid2.2and2.3-003.pdf
4. “Setting up an Android Based Phone with ActiveSync.” The University of Queensland. Web May, 5, 2016. https://www.its.uq.edu.au/helpdesk/setting-android-based-phone-activesync
5. “Android Exchange Active Sync Setup” Protected Trust, LLC. Web May, 5, 2016. https://protectedtrust.com/knowledgebase/android-exchange-active-sync-setup/
6. "Google Android 2.3.7 Simplified operating system datasheet” PDAdb.net. Web. 05 May 2016. http://pdadb.net/index.php?m=os&id=a237&c=google_android_2.3.7
7. File Explorer from NextApp, Inc. Web May, 5, 2016. https://play.google.com/store/apps/details?id=nextapp.fx&hl=en
8. Virtuous Ten Studio (VTS). Web May, 4, 2016. http://virtuous-ten-studio.com/
9. Blank, M (2008-2009) Android Exchange EAS.java [Computer Program]. Google, Inc. Web May, 5, 2016. https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.4_r1/src/com/android/exchange/Eas.java
10. Android Exchange strings.xml [Computer Program]. Google, Inc. Web May, 5, 2016. https://android.googlesource.com/platform/packages/apps/Email/+/178e51fcd81e0ec1abd3a0990620623099d5b4f3/res/values-el/strings.xml
11. Android Exchange patent_disclaimer.txt [Computer Program]. Google, Inc. Web May, 5, 2016. <https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.4_r1/src/com/android/exchange/patent_disclaimer.txt>
12. The Declaration of Dr. Striegel submitted on June 3rd, 2016
13. The Declaration of Nikolaus Baer submitted on May 6th, 2016
14. Blank, M (2008-2009) Android Exchange 2.0 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Email/+/android-2.0_r1/src/com/android/exchange>
15. Blank, M (2008-2009) Android Exchange 2.2 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Email/+/android-2.2_r1/src/com/android/exchange/>
16. Blank, M (2008-2009) Android Exchange 2.3 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Email/+/android-2.3_r1/src/com/android/exchange>
17. Blank, M (2008-2009) Android Exchange 4.0.1 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.0.1_r1/src/com/android/exchange>

18. Blank, M (2008-2009) Android Exchange 4.1.1 [Computer Program]. Google, Inc. Web June, 8, 2016. < https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.1.1_r1/exchange2/src/com/android/exchange>

19. Blank, M (2008-2009) Android Exchange 4.4 [Computer Program]. Google, Inc. Web June, 8, 2016. < https://android.googlesource.com/platform/packages/apps/Exchange/+/android-4.4_r1/src/com/android/exchange/>

20. Blank, M (2008-2009) Android Exchange 5.0 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Exchange/+/android-5.0.0_r1/src/com/android/exchange>

21. Blank, M (2008-2009) Android Exchange 6.0 [Computer Program]. Google, Inc. Web June, 8, 2016. <https://android.googlesource.com/platform/packages/apps/Exchange/+/android-6.0.0_r1/src/com/android/exchange>

22. "Android Platform." SocialCompare.com. Web June 8, 2016. <http://socialcompare.com/en/comparison/android-versions-comparison>

23. "Google closes Android 3.0 Honeycomb source to prevent use on smartphones." Appleinsider.com. Web Jun 8, 2016. <http://appleinsider.com/articles/11/03/24/google_closes_android_3_0_honeycomb_source_to_prevent_use_on_smartphones>

24. "[MS-ASWBXML]: Exchange ActiveSync: WAP Binary XML (WBXML) Algorithm." Microsoft Developer Network. Web June 7, 2016. <https://msdn.microsoft.com/en-us/library/ee178995(v=exchg.80).aspx#gt_e4c66ae5-4c5e-4481-9c78-190762a37db1>

25. "[MS-ASEMAIL]: Exchange ActiveSync: Email Class Protocol." Microsoft Developer Network. Web June 8, 2016. <https://msdn.microsoft.com/en-us/library/dd299457(v=exchg.80).aspx>

## Appendix B: Comparison of decompiled files and Android Exchange 2.3.7

Folder Compare
Produced: 6/7/2016 12:11:04 AM

Mode: All
Filters: *.java
Left base folder: ..\Android Exchange Source\Email-android-2.3.7_r1\src\com\android\exchange
Right base folder: ..\CoolPad Quattro Test Captures\Virtuous Ten Studio\Projects\CP_Email\CP_Email\Misc\JavaSrc\com\android\exchange

| Name | Path | | Name | Path |
|---|---|---|---|---|
| AbstractSyncService.java | .\ | | AbstractSyncService.java | .\ |
| CalendarSyncAdapterService.java | .\ | | CalendarSyncAdapterService.java | .\ |
| CalendarSyncEnabler.java | .\ | | CalendarSyncEnabler.java | .\ |
| ContactsSyncAdapterService.java | .\ | | ContactsSyncAdapterService.java | .\ |
| Eas.java | .\ | | Eas.java | .\ |
| EasAuthenticationException.java | .\ | | EasAuthenticationException.java | .\ |
| EasException.java | .\ | | EasException.java | .\ |
| EasOutboxService.java | .\ | | EasOutboxService.java | .\ |
| EasSyncService.java | .\ | | EasSyncService.java | .\ |
| EmailSyncAlarmReceiver.java | .\ | | EmailSyncAlarmReceiver.java | .\ |
| IllegalHeartbeatException.java | .\ | | IllegalHeartbeatException.java | .\ |
| MailboxAlarmReceiver.java | .\ | | MailboxAlarmReceiver.java | .\ |
| MeetingResponseRequest.java | .\ | | MeetingResponseRequest.java | .\ |
| MockParserStream.java | .\ | | MockParserStream.java | .\ |
| PartRequest.java | .\ | | PartRequest.java | .\ |
| Request.java | .\ | | Request.java | .\ |
| SSLSocketFactory.java | .\ | | SSLSocketFactory.java | .\ |
| StaleFolderListException.java | .\ | | StaleFolderListException.java | .\ |
| SyncManager.java | .\ | | SyncManager.java | .\ |
| AbstractSyncAdapter.java | .\adapter\ | | AbstractSyncAdapter.java | .\adapter\ |
| AbstractSyncParser.java | .\adapter\ | | AbstractSyncParser.java | .\adapter\ |
| AccountSyncAdapter.java | .\adapter\ | | AccountSyncAdapter.java | .\adapter\ |
| CalendarSyncAdapter.java | .\adapter\ | | CalendarSyncAdapter.java | .\adapter\ |

| | | | | |
|---|---|---|---|---|
| ContactsSyncAdapter.java | .\adapter\ | | ContactsSyncAdapter.java | .\adapter\ |
| EmailSyncAdapter.java | .\adapter\ | | EmailSyncAdapter.java | .\adapter\ |
| FolderSyncParser.java | .\adapter\ | | FolderSyncParser.java | .\adapter\ |
| GalParser.java | .\adapter\ | | GalParser.java | .\adapter\ |
| MeetingResponseParser.java | .\adapter\ | | MeetingResponseParser.java | .\adapter\ |
| Parser.java | .\adapter\ | | Parser.java | .\adapter\ |
| PingParser.java | .\adapter\ | | PingParser.java | .\adapter\ |
| ProvisionParser.java | .\adapter\ | | ProvisionParser.java | .\adapter\ |
| Serializer.java | .\adapter\ | | Serializer.java | .\adapter\ |
| Tags.java | .\adapter\ | | Tags.java | .\adapter\ |
| Wbxml.java | .\adapter\ | | Wbxml.java | .\adapter\ |
| ExchangeProvider.java | .\provider\ | | ExchangeProvider.java | .\provider\ |
| GalEmailAddressAdapter.java | .\provider\ | | GalEmailAddressAdapter.java | .\provider\ |
| GalResult.java | .\provider\ | | GalResult.java | .\provider\ |
| CalendarUtilities.java | .\utility\ | | CalendarUtilities.java | .\utility\ |
| Duration.java | .\utility\ | | Duration.java | .\utility\ |
| FileLogger.java | .\utility\ | | FileLogger.java | .\utility\ |
| SimpleIcsWriter.java | .\utility\ | | SimpleIcsWriter.java | .\utility\ |

Appendix C: Tags.java from https://android.googlesource.com/platform/packages/apps/Email/+/android-2.0_r1/src/com/android/exchange/adapter/Tags.java#

```
/*
 * Copyright (C) 2008-2009 Marc Blank
 * Licensed to The Android Open Source Project.
 *
 * Licensed under the Apache License, Version 2.0 (the "License");
 * you may not use this file except in compliance with the License.
 * You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 * Unless required by applicable law or agreed to in writing, software
 * distributed under the License is distributed on an "AS IS" BASIS,
 * WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 * See the License for the specific language governing permissions and
 * limitations under the License.
 */

package com.android.exchange.adapter;

/**
 * The wbxml tags for EAS are all defined here.
 *
 * The static final int's, of the form <page>_<tag> = <constant> are used in parsing incoming
 * responses from the server (i.e. EasParser and its subclasses).
 *
 * The array of String arrays is used to construct server requests with EasSerializer.  One thing
```

```
 * we might do eventually is to "precompile" these requests, in part, although they should be
 * fairly fast to begin with (each tag requires one HashMap lookup, and there aren't all that many
 * of them in a given command).
 *
 */
public class Tags {

    // Wbxml page definitions for EAS
    public static final int AIRSYNC = 0x00;
    public static final int CONTACTS = 0x01;
    public static final int EMAIL = 0x02;
    public static final int CALENDAR = 0x04;
    public static final int MOVE = 0x05;
    public static final int GIE = 0x06;
    public static final int FOLDER = 0x07;
    public static final int TASK = 0x09;
    public static final int CONTACTS2 = 0x0C;
    public static final int PING = 0x0D;
    public static final int GAL = 0x10;
    public static final int BASE = 0x11;

    // Shift applied to page numbers to generate tag
    public static final int PAGE_SHIFT = 6;
    public static final int PAGE_MASK = 0x3F;  // 6 bits

    public static final int SYNC_PAGE = 0 << PAGE_SHIFT;
    public static final int SYNC_SYNC = SYNC_PAGE + 5;
    public static final int SYNC_RESPONSES = SYNC_PAGE + 6;
    public static final int SYNC_ADD = SYNC_PAGE + 7;
    public static final int SYNC_CHANGE = SYNC_PAGE + 8;
    public static final int SYNC_DELETE = SYNC_PAGE + 9;
```

```
    public static final int SYNC_FETCH = SYNC_PAGE + 0xA;
    public static final int SYNC_SYNC_KEY = SYNC_PAGE + 0xB;
    public static final int SYNC_CLIENT_ID = SYNC_PAGE + 0xC;
    public static final int SYNC_SERVER_ID = SYNC_PAGE + 0xD;
    public static final int SYNC_STATUS = SYNC_PAGE + 0xE;
    public static final int SYNC_COLLECTION = SYNC_PAGE + 0xF;
    public static final int SYNC_CLASS = SYNC_PAGE + 0x10;
    public static final int SYNC_VERSION = SYNC_PAGE + 0x11;
    public static final int SYNC_COLLECTION_ID = SYNC_PAGE + 0x12;
    public static final int SYNC_GET_CHANGES = SYNC_PAGE + 0x13;
    public static final int SYNC_MORE_AVAILABLE = SYNC_PAGE + 0x14;
    public static final int SYNC_WINDOW_SIZE = SYNC_PAGE + 0x15;
    public static final int SYNC_COMMANDS = SYNC_PAGE + 0x16;
    public static final int SYNC_OPTIONS = SYNC_PAGE + 0x17;
    public static final int SYNC_FILTER_TYPE = SYNC_PAGE + 0x18;
    public static final int SYNC_TRUNCATION = SYNC_PAGE + 0x19;
    public static final int SYNC_RTF_TRUNCATION = SYNC_PAGE + 0x1A;
    public static final int SYNC_CONFLICT = SYNC_PAGE + 0x1B;
    public static final int SYNC_COLLECTIONS = SYNC_PAGE + 0x1C;
    public static final int SYNC_APPLICATION_DATA = SYNC_PAGE + 0x1D;
    public static final int SYNC_DELETES_AS_MOVES = SYNC_PAGE + 0x1E;
    public static final int SYNC_NOTIFY_GUID = SYNC_PAGE + 0x1F;
    public static final int SYNC_SUPPORTED = SYNC_PAGE + 0x20;
    public static final int SYNC_SOFT_DELETE = SYNC_PAGE + 0x21;
    public static final int SYNC_MIME_SUPPORT = SYNC_PAGE + 0x22;
    public static final int SYNC_MIME_TRUNCATION = SYNC_PAGE + 0x23;
    public static final int SYNC_WAIT = SYNC_PAGE + 0x24;
    public static final int SYNC_LIMIT = SYNC_PAGE + 0x25;
    public static final int SYNC_PARTIAL = SYNC_PAGE + 0x26;
```

```
    public static final int GIE_PAGE = GIE << PAGE_SHIFT;
    public static final int GIE_GET_ITEM_ESTIMATE = GIE_PAGE + 5;
    public static final int GIE_VERSION = GIE_PAGE + 6;
    public static final int GIE_COLLECTIONS = GIE_PAGE + 7;
    public static final int GIE_COLLECTION = GIE_PAGE + 8;
    public static final int GIE_CLASS = GIE_PAGE + 9;
    public static final int GIE_COLLECTION_ID = GIE_PAGE + 0xA;
    public static final int GIE_DATE_TIME = GIE_PAGE + 0xB;
    public static final int GIE_ESTIMATE = GIE_PAGE + 0xC;
    public static final int GIE_RESPONSE = GIE_PAGE + 0xD;
    public static final int GIE_STATUS = GIE_PAGE + 0xE;

    public static final int CONTACTS_PAGE = CONTACTS << PAGE_SHIFT;
    public static final int CONTACTS_ANNIVERSARY = CONTACTS_PAGE + 5;
    public static final int CONTACTS_ASSISTANT_NAME = CONTACTS_PAGE + 6;
    public static final int CONTACTS_ASSISTANT_TELEPHONE_NUMBER = CONTACTS_PAGE + 7;
    public static final int CONTACTS_BIRTHDAY = CONTACTS_PAGE + 8;
    public static final int CONTACTS_BODY = CONTACTS_PAGE + 9;
    public static final int CONTACTS_BODY_SIZE = CONTACTS_PAGE + 0xA;
    public static final int CONTACTS_BODY_TRUNCATED = CONTACTS_PAGE + 0xB;
    public static final int CONTACTS_BUSINESS2_TELEPHONE_NUMBER = CONTACTS_PAGE + 0xC;
    public static final int CONTACTS_BUSINESS_ADDRESS_CITY = CONTACTS_PAGE + 0xD;
    public static final int CONTACTS_BUSINESS_ADDRESS_COUNTRY = CONTACTS_PAGE + 0xE;
    public static final int CONTACTS_BUSINESS_ADDRESS_POSTAL_CODE = CONTACTS_PAGE + 0xF;
    public static final int CONTACTS_BUSINESS_ADDRESS_STATE = CONTACTS_PAGE + 0x10;
    public static final int CONTACTS_BUSINESS_ADDRESS_STREET = CONTACTS_PAGE + 0x11;
    public static final int CONTACTS_BUSINESS_FAX_NUMBER = CONTACTS_PAGE + 0x12;
    public static final int CONTACTS_BUSINESS_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x13;
    public static final int CONTACTS_CAR_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x14;
    public static final int CONTACTS_CATEGORIES = CONTACTS_PAGE + 0x15;
    public static final int CONTACTS_CATEGORY = CONTACTS_PAGE + 0x16;
```

```
    public static final int CONTACTS_CHILDREN = CONTACTS_PAGE + 0x17;
    public static final int CONTACTS_CHILD = CONTACTS_PAGE + 0x18;
    public static final int CONTACTS_COMPANY_NAME = CONTACTS_PAGE + 0x19;
    public static final int CONTACTS_DEPARTMENT = CONTACTS_PAGE + 0x1A;
    public static final int CONTACTS_EMAIL1_ADDRESS = CONTACTS_PAGE + 0x1B;
    public static final int CONTACTS_EMAIL2_ADDRESS = CONTACTS_PAGE + 0x1C;
    public static final int CONTACTS_EMAIL3_ADDRESS = CONTACTS_PAGE + 0x1D;
    public static final int CONTACTS_FILE_AS = CONTACTS_PAGE + 0x1E;
    public static final int CONTACTS_FIRST_NAME = CONTACTS_PAGE + 0x1F;
    public static final int CONTACTS_HOME2_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x20;
    public static final int CONTACTS_HOME_ADDRESS_CITY = CONTACTS_PAGE + 0x21;
    public static final int CONTACTS_HOME_ADDRESS_COUNTRY = CONTACTS_PAGE + 0x22;
    public static final int CONTACTS_HOME_ADDRESS_POSTAL_CODE = CONTACTS_PAGE + 0x23;
    public static final int CONTACTS_HOME_ADDRESS_STATE = CONTACTS_PAGE + 0x24;
    public static final int CONTACTS_HOME_ADDRESS_STREET = CONTACTS_PAGE + 0x25;
    public static final int CONTACTS_HOME_FAX_NUMBER = CONTACTS_PAGE + 0x26;
    public static final int CONTACTS_HOME_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x27;
    public static final int CONTACTS_JOB_TITLE = CONTACTS_PAGE + 0x28;
    public static final int CONTACTS_LAST_NAME = CONTACTS_PAGE + 0x29;
    public static final int CONTACTS_MIDDLE_NAME = CONTACTS_PAGE + 0x2A;
    public static final int CONTACTS_MOBILE_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x2B;
    public static final int CONTACTS_OFFICE_LOCATION = CONTACTS_PAGE + 0x2C;
    public static final int CONTACTS_OTHER_ADDRESS_CITY = CONTACTS_PAGE + 0x2D;
    public static final int CONTACTS_OTHER_ADDRESS_COUNTRY = CONTACTS_PAGE + 0x2E;
    public static final int CONTACTS_OTHER_ADDRESS_POSTAL_CODE = CONTACTS_PAGE + 0x2F;
    public static final int CONTACTS_OTHER_ADDRESS_STATE = CONTACTS_PAGE + 0x30;
    public static final int CONTACTS_OTHER_ADDRESS_STREET = CONTACTS_PAGE + 0x31;
    public static final int CONTACTS_PAGER_NUMBER = CONTACTS_PAGE + 0x32;
    public static final int CONTACTS_RADIO_TELEPHONE_NUMBER = CONTACTS_PAGE + 0x33;
    public static final int CONTACTS_SPOUSE = CONTACTS_PAGE + 0x34;
    public static final int CONTACTS_SUFFIX = CONTACTS_PAGE + 0x35;
```

```
    public static final int CONTACTS_TITLE = CONTACTS_PAGE + 0x36;
    public static final int CONTACTS_WEBPAGE = CONTACTS_PAGE + 0x37;
    public static final int CONTACTS_YOMI_COMPANY_NAME = CONTACTS_PAGE + 0x38;
    public static final int CONTACTS_YOMI_FIRST_NAME = CONTACTS_PAGE + 0x39;
    public static final int CONTACTS_YOMI_LAST_NAME = CONTACTS_PAGE + 0x3A;
    public static final int CONTACTS_COMPRESSED_RTF = CONTACTS_PAGE + 0x3B;
    public static final int CONTACTS_PICTURE = CONTACTS_PAGE + 0x3C;

    public static final int CALENDAR_PAGE = CALENDAR << PAGE_SHIFT;
    public static final int CALENDAR_TIME_ZONE = CALENDAR_PAGE + 5;
    public static final int CALENDAR_ALL_DAY_EVENT = CALENDAR_PAGE + 6;
    public static final int CALENDAR_ATTENDEES = CALENDAR_PAGE + 7;
    public static final int CALENDAR_ATTENDEE = CALENDAR_PAGE + 8;
    public static final int CALENDAR_ATTENDEE_EMAIL = CALENDAR_PAGE + 9;
    public static final int CALENDAR_ATTENDEE_NAME = CALENDAR_PAGE + 0xA;
    public static final int CALENDAR_BODY = CALENDAR_PAGE + 0xB;
    public static final int CALENDAR_BODY_TRUNCATED = CALENDAR_PAGE + 0xC;
    public static final int CALENDAR_BUSY_STATUS = CALENDAR_PAGE + 0xD;
    public static final int CALENDAR_CATEGORIES = CALENDAR_PAGE + 0xE;
    public static final int CALENDAR_CATEGORY = CALENDAR_PAGE + 0xF;
    public static final int CALENDAR_COMPRESSED_RTF = CALENDAR_PAGE + 0x10;
    public static final int CALENDAR_DTSTAMP = CALENDAR_PAGE + 0x11;
    public static final int CALENDAR_END_TIME = CALENDAR_PAGE + 0x12;
    public static final int CALENDAR_EXCEPTION = CALENDAR_PAGE + 0x13;
    public static final int CALENDAR_EXCEPTIONS = CALENDAR_PAGE + 0x14;
    public static final int CALENDAR_EXCEPTION_IS_DELETED = CALENDAR_PAGE + 0x15;
    public static final int CALENDAR_EXCEPTION_START_TIME = CALENDAR_PAGE + 0x16;
    public static final int CALENDAR_LOCATION = CALENDAR_PAGE + 0x17;
    public static final int CALENDAR_MEETING_STATUS = CALENDAR_PAGE + 0x18;
    public static final int CALENDAR_ORGANIZER_EMAIL = CALENDAR_PAGE + 0x19;
    public static final int CALENDAR_ORGANIZER_NAME = CALENDAR_PAGE + 0x1A;
```

```
    public static final int CALENDAR_RECURRENCE = CALENDAR_PAGE + 0x1B;
    public static final int CALENDAR_RECURRENCE_TYPE = CALENDAR_PAGE + 0x1C;
    public static final int CALENDAR_RECURRENCE_UNTIL = CALENDAR_PAGE + 0x1D;
    public static final int CALENDAR_RECURRENCE_OCCURRENCES = CALENDAR_PAGE + 0x1E;
    public static final int CALENDAR_RECURRENCE_INTERVAL = CALENDAR_PAGE + 0x1F;
    public static final int CALENDAR_RECURRENCE_DAYOFWEEK = CALENDAR_PAGE + 0x20;
    public static final int CALENDAR_RECURRENCE_DAYOFMONTH = CALENDAR_PAGE + 0x21;
    public static final int CALENDAR_RECURRENCE_WEEKOFMONTH = CALENDAR_PAGE + 0x22;
    public static final int CALENDAR_RECURRENCE_MONTHOFYEAR = CALENDAR_PAGE + 0x23;
    public static final int CALENDAR_REMINDER_MINS_BEFORE = CALENDAR_PAGE + 0x24;
    public static final int CALENDAR_SENSITIVITY = CALENDAR_PAGE + 0x25;
    public static final int CALENDAR_SUBJECT = CALENDAR_PAGE + 0x26;
    public static final int CALENDAR_START_TIME = CALENDAR_PAGE + 0x27;
    public static final int CALENDAR_UID = CALENDAR_PAGE + 0x28;
    public static final int CALENDAR_ATTENDEE_STATUS = CALENDAR_PAGE + 0x29;
    public static final int CALENDAR_ATTENDEE_TYPE = CALENDAR_PAGE + 0x2A;

    public static final int FOLDER_PAGE = FOLDER << PAGE_SHIFT;
    public static final int FOLDER_FOLDERS = FOLDER_PAGE + 5;
    public static final int FOLDER_FOLDER = FOLDER_PAGE + 6;
    public static final int FOLDER_DISPLAY_NAME = FOLDER_PAGE + 7;
    public static final int FOLDER_SERVER_ID = FOLDER_PAGE + 8;
    public static final int FOLDER_PARENT_ID = FOLDER_PAGE + 9;
    public static final int FOLDER_TYPE = FOLDER_PAGE + 0xA;
    public static final int FOLDER_RESPONSE = FOLDER_PAGE + 0xB;
    public static final int FOLDER_STATUS = FOLDER_PAGE + 0xC;
    public static final int FOLDER_CONTENT_CLASS = FOLDER_PAGE + 0xD;
    public static final int FOLDER_CHANGES = FOLDER_PAGE + 0xE;
    public static final int FOLDER_ADD = FOLDER_PAGE + 0xF;
    public static final int FOLDER_DELETE = FOLDER_PAGE + 0x10;
    public static final int FOLDER_UPDATE = FOLDER_PAGE + 0x11;
```

```
    public static final int FOLDER_SYNC_KEY = FOLDER_PAGE + 0x12;
    public static final int FOLDER_FOLDER_CREATE = FOLDER_PAGE + 0x13;
    public static final int FOLDER_FOLDER_DELETE= FOLDER_PAGE + 0x14;
    public static final int FOLDER_FOLDER_UPDATE = FOLDER_PAGE + 0x15;
    public static final int FOLDER_FOLDER_SYNC = FOLDER_PAGE + 0x16;
    public static final int FOLDER_COUNT = FOLDER_PAGE + 0x17;
    public static final int FOLDER_VERSION = FOLDER_PAGE + 0x18;

    public static final int EMAIL_PAGE = EMAIL << PAGE_SHIFT;
    public static final int EMAIL_ATTACHMENT = EMAIL_PAGE + 5;
    public static final int EMAIL_ATTACHMENTS = EMAIL_PAGE + 6;
    public static final int EMAIL_ATT_NAME = EMAIL_PAGE + 7;
    public static final int EMAIL_ATT_SIZE = EMAIL_PAGE + 8;
    public static final int EMAIL_ATT0ID = EMAIL_PAGE + 9;
    public static final int EMAIL_ATT_METHOD = EMAIL_PAGE + 0xA;
    public static final int EMAIL_ATT_REMOVED = EMAIL_PAGE + 0xB;
    public static final int EMAIL_BODY = EMAIL_PAGE + 0xC;
    public static final int EMAIL_BODY_SIZE = EMAIL_PAGE + 0xD;
    public static final int EMAIL_BODY_TRUNCATED = EMAIL_PAGE + 0xE;
    public static final int EMAIL_DATE_RECEIVED = EMAIL_PAGE + 0xF;
    public static final int EMAIL_DISPLAY_NAME = EMAIL_PAGE + 0x10;
    public static final int EMAIL_DISPLAY_TO = EMAIL_PAGE + 0x11;
    public static final int EMAIL_IMPORTANCE = EMAIL_PAGE + 0x12;
    public static final int EMAIL_MESSAGE_CLASS = EMAIL_PAGE + 0x13;
    public static final int EMAIL_SUBJECT = EMAIL_PAGE + 0x14;
    public static final int EMAIL_READ = EMAIL_PAGE + 0x15;
    public static final int EMAIL_TO = EMAIL_PAGE + 0x16;
    public static final int EMAIL_CC = EMAIL_PAGE + 0x17;
    public static final int EMAIL_FROM = EMAIL_PAGE + 0x18;
    public static final int EMAIL_REPLY_TO = EMAIL_PAGE + 0x19;
    public static final int EMAIL_ALL_DAY_EVENT = EMAIL_PAGE + 0x1A;
```

```
    public static final int EMAIL_CATEGORIES = EMAIL_PAGE + 0x1B;
    public static final int EMAIL_CATEGORY = EMAIL_PAGE + 0x1C;
    public static final int EMAIL_DTSTAMP = EMAIL_PAGE + 0x1D;
    public static final int EMAIL_END_TIME = EMAIL_PAGE + 0x1E;
    public static final int EMAIL_INSTANCE_TYPE = EMAIL_PAGE + 0x1F;
    public static final int EMAIL_INTD_BUSY_STATUS = EMAIL_PAGE + 0x20;
    public static final int EMAIL_LOCATION = EMAIL_PAGE + 0x21;
    public static final int EMAIL_MEETING_REQUEST = EMAIL_PAGE + 0x22;
    public static final int EMAIL_ORGANIZER = EMAIL_PAGE + 0x23;
    public static final int EMAIL_RECURRENCE_ID = EMAIL_PAGE + 0x24;
    public static final int EMAIL_REMINDER = EMAIL_PAGE + 0x25;
    public static final int EMAIL_RESPONSE_REQUESTED = EMAIL_PAGE + 0x26;
    public static final int EMAIL_RECURRENCES = EMAIL_PAGE + 0x27;
    public static final int EMAIL_RECURRENCE = EMAIL_PAGE + 0x28;
    public static final int EMAIL_RECURRENCE_TYPE = EMAIL_PAGE + 0x29;
    public static final int EMAIL_RECURRENCE_UNTIL = EMAIL_PAGE + 0x2A;
    public static final int EMAIL_RECURRENCE_OCCURRENCES = EMAIL_PAGE + 0x2B;
    public static final int EMAIL_RECURRENCE_INTERVAL = EMAIL_PAGE + 0x2C;
    public static final int EMAIL_RECURRENCE_DAYOFWEEK = EMAIL_PAGE + 0x2D;
    public static final int EMAIL_RECURRENCE_DAYOFMONTH = EMAIL_PAGE + 0x2E;
    public static final int EMAIL_RECURRENCE_WEEKOFMONTH = EMAIL_PAGE + 0x2F;
    public static final int EMAIL_RECURRENCE_MONTHOFYEAR = EMAIL_PAGE + 0x30;
    public static final int EMAIL_START_TIME = EMAIL_PAGE + 0x31;
    public static final int EMAIL_SENSITIVITY = EMAIL_PAGE + 0x32;
    public static final int EMAIL_TIME_ZONE = EMAIL_PAGE + 0x33;
    public static final int EMAIL_GLOBAL_OBJID = EMAIL_PAGE + 0x34;
    public static final int EMAIL_THREAD_TOPIC = EMAIL_PAGE + 0x35;
    public static final int EMAIL_MIME_DATA = EMAIL_PAGE + 0x36;
    public static final int EMAIL_MIME_TRUNCATED = EMAIL_PAGE + 0x37;
    public static final int EMAIL_MIME_SIZE = EMAIL_PAGE + 0x38;
    public static final int EMAIL_INTERNET_CPID = EMAIL_PAGE + 0x39;
```

```
    public static final int EMAIL_FLAG = EMAIL_PAGE + 0x3A;
    public static final int EMAIL_FLAG_STATUS = EMAIL_PAGE + 0x3B;
    public static final int EMAIL_CONTENT_CLASS = EMAIL_PAGE + 0x3C;
    public static final int EMAIL_FLAG_TYPE = EMAIL_PAGE + 0x3D;
    public static final int EMAIL_COMPLETE_TIME = EMAIL_PAGE + 0x3E;

    public static final int TASK_PAGE = TASK << PAGE_SHIFT;
    public static final int TASK_BODY = TASK_PAGE + 5;
    public static final int TASK_BODY_SIZE = TASK_PAGE + 6;
    public static final int TASK_BODY_TRUNCATED = TASK_PAGE + 7;
    public static final int TASK_CATEGORIES = TASK_PAGE + 8;
    public static final int TASK_CATEGORY = TASK_PAGE + 9;
    public static final int TASK_COMPLETE = TASK_PAGE + 0xA;
    public static final int TASK_DATE_COMPLETED = TASK_PAGE + 0xB;
    public static final int TASK_DUE_DATE = TASK_PAGE + 0xC;
    public static final int TASK_UTC_DUE_DATE = TASK_PAGE + 0xD;
    public static final int TASK_IMPORTANCE = TASK_PAGE + 0xE;
    public static final int TASK_RECURRENCE = TASK_PAGE + 0xF;
    public static final int TASK_RECURRENCE_TYPE = TASK_PAGE + 0x10;
    public static final int TASK_RECURRENCE_START = TASK_PAGE + 0x11;
    public static final int TASK_RECURRENCE_UNTIL = TASK_PAGE + 0x12;
    public static final int TASK_RECURRENCE_OCCURRENCES = TASK_PAGE + 0x13;
    public static final int TASK_RECURRENCE_INTERVAL = TASK_PAGE + 0x14;
    public static final int TASK_RECURRENCE_DAY_OF_MONTH = TASK_PAGE + 0x15;
    public static final int TASK_RECURRENCE_DAY_OF_WEEK = TASK_PAGE + 0x16;
    public static final int TASK_RECURRENCE_WEEK_OF_MONTH = TASK_PAGE + 0x17;
    public static final int TASK_RECURRENCE_MONTH_OF_YEAR = TASK_PAGE + 0x18;
    public static final int TASK_RECURRENCE_REGENERATE = TASK_PAGE + 0x19;
    public static final int TASK_RECURRENCE_DEAD_OCCUR = TASK_PAGE + 0x1A;
    public static final int TASK_REMINDER_SET = TASK_PAGE + 0x1B;
    public static final int TASK_REMINDER_TIME = TASK_PAGE + 0x1C;
```

```
    public static final int TASK_SENSITIVITY = TASK_PAGE + 0x1D;
    public static final int TASK_START_DATE = TASK_PAGE + 0x1E;
    public static final int TASK_UTC_START_DATE = TASK_PAGE + 0x1F;
    public static final int TASK_SUBJECT = TASK_PAGE + 0x20;
    public static final int COMPRESSED_RTF = TASK_PAGE + 0x21;
    public static final int ORDINAL_DATE = TASK_PAGE + 0x22;
    public static final int SUBORDINAL_DATE = TASK_PAGE + 0x23;

    public static final int MOVE_PAGE = MOVE << PAGE_SHIFT;
    public static final int MOVE_MOVE_ITEMS = MOVE_PAGE + 5;
    public static final int MOVE_MOVE = MOVE_PAGE + 6;
    public static final int MOVE_SRCMSGID = MOVE_PAGE + 7;
    public static final int MOVE_SRCFLDID = MOVE_PAGE + 8;
    public static final int MOVE_DSTFLDID = MOVE_PAGE + 9;
    public static final int MOVE_RESPONSE = MOVE_PAGE + 0xA;
    public static final int MOVE_STATUS = MOVE_PAGE + 0xB;
    public static final int MOVE_DSTMSGID = MOVE_PAGE + 0xC;

    public static final int CONTACTS2_PAGE = CONTACTS2 << PAGE_SHIFT;
    public static final int CONTACTS2_CUSTOMER_ID = CONTACTS2_PAGE + 5;
    public static final int CONTACTS2_GOVERNMENT_ID = CONTACTS2_PAGE + 6;
    public static final int CONTACTS2_IM_ADDRESS = CONTACTS2_PAGE + 7;
    public static final int CONTACTS2_IM_ADDRESS_2 = CONTACTS2_PAGE + 8;
    public static final int CONTACTS2_IM_ADDRESS_3 = CONTACTS2_PAGE + 9;
    public static final int CONTACTS2_MANAGER_NAME = CONTACTS2_PAGE + 0xA;
    public static final int CONTACTS2_COMPANY_MAIN_PHONE = CONTACTS2_PAGE + 0xB;
    public static final int CONTACTS2_ACCOUNT_NAME = CONTACTS2_PAGE + 0xC;
    public static final int CONTACTS2_NICKNAME = CONTACTS2_PAGE + 0xD;
    public static final int CONTACTS2_MMS = CONTACTS2_PAGE + 0xE;

    // The Ping constants are used by EasSyncService, and need to be public
```

```
    public static final int PING_PAGE = PING << PAGE_SHIFT;
    public static final int PING_PING = PING_PAGE + 5;
    public static final int PING_AUTD_STATE = PING_PAGE + 6;
    public static final int PING_STATUS = PING_PAGE + 7;
    public static final int PING_HEARTBEAT_INTERVAL = PING_PAGE + 8;
    public static final int PING_FOLDERS = PING_PAGE + 9;
    public static final int PING_FOLDER = PING_PAGE + 0xA;
    public static final int PING_ID = PING_PAGE + 0xB;
    public static final int PING_CLASS = PING_PAGE + 0xC;
    public static final int PING_MAX_FOLDERS = PING_PAGE + 0xD;

    public static final int BASE_PAGE = BASE << PAGE_SHIFT;
    public static final int BASE_BODY_PREFERENCE = BASE_PAGE + 5;
    public static final int BASE_TYPE = BASE_PAGE + 6;
    public static final int BASE_TRUNCATION_SIZE = BASE_PAGE + 7;
    public static final int BASE_ALL_OR_NONE = BASE_PAGE + 8;
    public static final int BASE_RESERVED = BASE_PAGE + 9;
    public static final int BASE_BODY = BASE_PAGE + 0xA;
    public static final int BASE_DATA = BASE_PAGE + 0xB;
    public static final int BASE_ESTIMATED_DATA_SIZE = BASE_PAGE + 0xC;
    public static final int BASE_TRUNCATED = BASE_PAGE + 0xD;
    public static final int BASE_ATTACHMENTS = BASE_PAGE + 0xE;
    public static final int BASE_ATTACHMENT = BASE_PAGE + 0xF;
    public static final int BASE_DISPLAY_NAME = BASE_PAGE + 0x10;
    public static final int BASE_FILE_REFERENCE = BASE_PAGE + 0x11;
    public static final int BASE_METHOD = BASE_PAGE + 0x12;
    public static final int BASE_CONTENT_ID = BASE_PAGE + 0x13;
    public static final int BASE_CONTENT_LOCATION = BASE_PAGE + 0x14;
    public static final int BASE_IS_INLINE = BASE_PAGE + 0x15;
    public static final int BASE_NATIVE_BODY_TYPE = BASE_PAGE + 0x16;
    public static final int BASE_CONTENT_TYPE = BASE_PAGE + 0x17;
```

```
    static public String[][] pages = {
        {     // 0x00 AirSync
            "Sync", "Responses", "Add", "Change", "Delete", "Fetch", "SyncKey", "ClientId",
            "ServerId", "Status", "Collection", "Class", "Version", "CollectionId", "GetChanges",
            "MoreAvailable", "WindowSize", "Commands", "Options", "FilterType", "Truncation",
            "RTFTruncation", "Conflict", "Collections", "ApplicationData", "DeletesAsMoves",
            "NotifyGUID", "Supported", "SoftDelete", "MIMESupport", "MIMETruncation", "Wait",
            "Limit", "Partial"
        },
        {
            // 0x01 Contacts
            "Anniversary", "AssistantName", "AssistantTelephoneNumber", "Birthday", "ContactsBody",
            "ContactsBodySize", "ContactsBodyTruncated", "Business2TelephoneNumber",
            "BusinessAddressCity",
            "BusinessAddressCountry", "BusinessAddressPostalCode", "BusinessAddressState",
            "BusinessAddressStreet", "BusinessFaxNumber", "BusinessTelephoneNumber",
            "CarTelephoneNumber", "ContactsCategories", "ContactsCategory", "Children", "Child",
            "CompanyName", "Department", "Email1Address", "Email2Address", "Email3Address",
            "FileAs", "FirstName", "Home2TelephoneNumber", "HomeAddressCity", "HomeAddressCountry",
            "HomeAddressPostalCode", "HomeAddressState", "HomeAddressStreet", "HomeFaxNumber",
            "HomeTelephoneNumber", "JobTitle", "LastName", "MiddleName", "MobileTelephoneNumber",
            "OfficeLocation", "OtherAddressCity", "OtherAddressCountry",
            "OtherAddressPostalCode", "OtherAddressState", "OtherAddressStreet", "PagerNumber",
            "RadioTelephoneNumber", "Spouse", "Suffix", "Title", "Webpage", "YomiCompanyName",
            "YomiFirstName", "YomiLastName", "CompressedRTF", "Picture"
        },
        {
            // 0x02 Email
            "Attachment", "Attachments", "AttName", "AttSize", "Add0Id", "AttMethod", "AttRemoved",
            "Body", "BodySize", "BodyTruncated", "DateReceived", "DisplayName", "DisplayTo",
```

```
            "Importance", "MessageClass", "Subject", "Read", "To", "CC", "From", "ReplyTo",
            "AllDayEvent", "Categories", "Category", "DTStamp", "EndTime", "InstanceType",
            "IntDBusyStatus", "Location", "MeetingRequest", "Organizer", "RecurrenceId", "Reminder",
            "ResponseRequested", "Recurrences", "Recurence", "Recurrence_Type", "Recurrence_Until",
            "Recurrence_Occurrences", "Recurrence_Interval", "Recurrence_DayOfWeek",
            "Recurrence_DayOfMonth", "Recurrence_WeekOfMonth", "Recurrence_MonthOfYear",
            "StartTime", "Sensitivity", "TimeZone", "GlobalObjId", "ThreadTopic", "MIMEData",
            "MIMETruncated", "MIMESize", "InternetCPID", "Flag", "FlagStatus", "EmailContentClass",
            "FlagType", "CompleteTime"
        },
        {
            // 0x03 AirNotify
        },
        {
            // 0x04 Calendar
            "CalTimeZone", "CalAllDayEvent", "CalAttendees", "CalAttendee", "CalAttendee_Email",
            "CalAttendee_Name", "CalBody", "CalBodyTruncated", "CalBusyStatus", "CalCategories",
            "CalCategory", "CalCompressed_RTF", "CalDTStamp", "CalEndTime", "CalExeption",
            "CalExceptions", "CalException_IsDeleted", "CalException_StartTime", "CalLocation",
            "CalMeetingStatus", "CalOrganizer_Email", "CalOrganizer_Name", "CalRecurrence",
            "CalRecurrence_Type", "CalRecurrence_Until", "CalRecurrence_Occurrences",
            "CalRecurrence_Interval", "CalRecurrence_DayOfWeek", "CalRecurrence_DayOfMonth",
            "CalRecurrence_WeekOfMonth", "CalRecurrence_MonthOfYear", "CalReminder_MinsBefore",
            "CalSensitivity", "CalSubject", "CalStartTime", "CalUID", "CalAttendee_Status",
            "CalAttendee_Type"
        },
        {
            // 0x05 Move
            "MoveItems", "Move", "SrcMsgId", "SrcFldId", "DstFldId", "MoveResponse", "MoveStatus",
            "DstMsgId"
        },
```

```
        {
            // 0x06 ItemEstimate
            "GetItemEstimate", "Version", "Collection", "Collection", "Class", "CollectionId",
            "DateTime", "Estimate", "Response", "Status"
        },
        {
            // 0x07 FolderHierarchy
            "Folders", "Folder", "FolderDisplayName", "FolderServerId", "FolderParentId", "Type",
            "FolderResponse", "FolderStatus", "FolderContentClass", "Changes", "FolderAdd",
            "FolderDelete", "FolderUpdate", "FolderSyncKey", "FolderFolderCreate",
            "FolderFolderDelete", "FolderFolderUpdate", "FolderSync", "Count", "FolderVersion"
        },
        {
            // 0x08 MeetingResponse
        },
        {
            // 0x09 Tasks
            "Body", "BodySize", "BodyTruncated", "Categories", "Category", "Complete",
            "DateCompleted", "DueDate", "UTCDueDate", "Importance", "Recurrence", "RecurrenceType",
            "RecurrenceStart", "RecurrenceUntil", "RecurrenceOccurrences", "RecurrenceInterval",
            "RecurrenceDOM", "RecurrenceDOW", "RecurrenceWOM", "RecurrenceMOY",
            "RecurrenceRegenerate", "RecurrenceDeadOccur", "ReminderSet", "ReminderTime",
            "Sensitivity", "StartDate", "UTCStartDate", "Subject", "CompressedRTF", "OrdinalDate",
            "SubordinalDate"
        },
        {
            // 0x0A ResolveRecipients
        },
        {
            // 0x0B ValidateCert
        },
```

```
        {
            // 0x0C Contacts2
            "CustomerId", "GovernmentId", "IMAddress", "IMAddress2", "IMAddress3", "ManagerName",
            "CompanyMainPhone", "AccountName", "NickName", "MMS"
        },
        {
            // 0x0D Ping
            "Ping", "AutdState", "PingStatus", "HeartbeatInterval", "PingFolders", "PingFolder",
            "PingId", "PingClass", "MaxFolders"
        },
        {
            // 0x0E Provision
            "Provision", "Policies", "Policy", "PolicyType", "PolicyKey", "Data", "ProvisionStatus",
            "RemoteWipe", "EASProvidionDoc", "DevicePasswordEnabled",
            "AlphanumericDevicePasswordRequired",
            "DeviceEncryptionEnabled", "-unused-", "AttachmentsEnabled", "MinDevicePasswordLength",
            "MaxInactivityTimeDeviceLock", "MaxDevicePasswordFailedAttempts", "MaxAttachmentSize",
            "AllowSimpleDevicePassword", "DevicePasswordExpiration", "DevicePasswordHistory",
            "AllowStorageCard", "AllowCamera", "RequireDeviceEncryption",
            "AllowUnsignedApplications", "AllowUnsignedInstallationPackages",
            "MinDevicePasswordComplexCharacters", "AllowWiFi", "AllowTextMessaging",
            "AllowPOPIMAPEmail", "AllowBluetooth", "AllowIrDA", "RequireManualSyncWhenRoaming",
            "AllowDesktopSync",
            "MaxCalendarAgeFilder", "AllowHTMLEmail", "MaxEmailAgeFilder",
            "MaxEmailBodyTruncationSize", "MaxEmailHTMLBodyTruncationSize",
            "RequireSignedSMIMEMessages", "RequireEncryptedSMIMEMessages",
            "RequireSignedSMIMEAlgorithm", "RequireEncryptionSMIMEAlgorithm",
            "AllowSMIMEEncryptionAlgorithmNegotiation", "AllowSMIMESoftCerts", "AllowBrowser",
            "AllowConsumerEmail", "AllowRemoteDesktop", "AllowInternetSharing",
            "UnapprovedInROMApplicationList", "ApplicationName", "ApprovedApplicationList", "Hash"
        },
```

```
        {
            // 0x0F Search
        },
        {
            // 0x10 Gal
            "GalDisplayName", "GalPhone", "GalOffice", "GalTitle", "GalCompany", "GalAlias",
            "GalFirstName", "GalLastName", "GalHomePhone", "GalMobilePhone", "GalEmailAddress"
        },
        {
            // 0x11 AirSyncBase
            "BodyPreference", "BodyPreferenceType", "BodyPreferenceTruncationSize", "AllOrNone",
            "--unused--", "BaseBody", "BaseData", "BaseEstimatedDataSize", "BaseTruncated",
            "BaseAttachments", "BaseAttachment", "BaseDisplayName", "FileReference", "BaseMethod",
            "BaseContentId", "BaseContentLocation", "BaseIsInline", "BaseNativeBodyType",
            "BaseContentType"
        },
        {
            // 0x12 Settings
        },
        {
            // 0x13 DocumentLibrary
        },
        {
            // 0x14 ItemOperations
        }
    };
}
```